AO 442 (Rev. 11/11) Arrest Warrant

1644049

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER GRIFFIN<br><br>*Defendant* | Case No. 3:19mj 574 - FKB |

## ARREST WARRANT

RECU USMS 043 12JUN'19

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CHRISTOPHER GRIFFIN

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Sex traffickinig of children by forece, fraud, or coercion in violation of 18 U.S.C. §§ 1591(a)(1) and 1591(a)(2).

Date: 5/31/2019

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 20 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

*Issuing officer's signature*

JOHN C. GARGIULO, U.S. Magistrate Judge
*Printed name and title*

City and state: Gulfport, MS

### Return

This warrant was received on *(date)* 12 Jun 19, and the person was arrested on *(date)* 10 Jun 19
at *(city and state)* Raymond, MS

Date: 12 Jun 19

For Agent
*Arresting officer's signature*

Tim Sanford  CTNUSM
*Printed name and title*